UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

44860

Morton & Craig LLC

John R. Morton, Jr., Esq.

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

Attorney for Santander Consumer USA Inc.

In Re:

PATRICIA ANN BACON

**Order Filed on December 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-23764

Adv. No.:

Hearing Date: 9-26-17

Judge:  MBK

### ORDER SETTING AMOUNT TO BE PAID THROUGH PLAN AND DIRECTING THE TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Patricia Ann Bacon**
**17-23764(MBK)**
**Order Setting Amount to be Paid to and Directing the Chapter 13 Trustee to make**
**Adequate Protection Payments to Santander Consumer USA Inc.**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of William Oliver, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. **Amount to be paid to Santander Consumer USA Inc.:**  The trustee shall pay Santander Consumer USA Inc. the sum of $26,485.00 over 60 months (being the vehicle value of $23,250.00 with interest at 5.25% for 60 months).

2. **Adequate protection payments:**  The Chapter 13 Trustee shall make adequate protection payments to Santander Consumer USA Inc. in the amount of $232.50 per month.

3. **Commencement and frequency of adequate protection payments:**  Adequate protection payments shall be made monthly, each month to Santander Consumer USA Inc. commencing in August of 2017.

4. **Duration of adequate protection payments:**  Adequate protection payments shall be made monthly to Santander Consumer USA Inc. until all counsel fees have been paid and regular distributions begin to be made to Santander Consumer USA Inc..   If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.  If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Santander Consumer USA Inc. until the remaining counsel fees have been paid.