Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–23764–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia Ann Bacon
  aka Patricia Ann Waters
  1406 6th Avenue
  Neptune, NJ 07753

Social Security No.:
  xxx–xx–9894

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 19, 2018.

On July 12, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         August 14, 2018
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 13, 2018
JAN: wdr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23764-MBK
Patricia Ann Bacon                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2           Date Rcvd: Jul 13, 2018
                            Form ID: 185           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db         +Patricia Ann Bacon,   1406 6th Avenue,   Neptune, NJ 07753-4948
cr         +Santander Consumer USA Inc.,   2860 Patton Rd.,   Roseville, MN 55113-1100
516923587   1 and 1 Internet AG,   co FMA Alliance,   PB 2409,   Houston, TX 77252-2409
516923588  ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
            (address filed with court: Aarons Sales & Lease,    Attn: Bankruptcy,   309 E Paces Ferry Rd Ne,
             Atlanta, GA 30305)
517133562  +Bank of America, N.A.,   c/o Carrington Mortgage Services, LLC,   1600 South Douglass Road,
             Anaheim, CA 92806-5948
516923590  +Carrington Mortgage Services,   PO Box 3489,   Anaheim, CA 92803-3489
516923591  +Commonwealth Financial Systems,   245 Main St,   Dickson City, PA 18519-1641
517176050  +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
516923596   Jersey Shore University Medical Center,   1945 NJ-33,   Neptune, NJ 07753
517136194  +Jersey Shore University Medical Center,   c/o MARVEL & MALONEY,   P.O. Box 727,
             Neptune, New Jersey 07754-0727
516923597  +KML Law Group PC,   216 Haddon Avenue,   Suite 406,   Collingswood, NJ 08108-2812
516923598  +LVNV Funding, LLC,   700 Executive Drive,   Suite #300,   Greenville, SC 29615-4555
516923599  +Marvel & Maloney,   3455 Route 66 & Green Grove Rd,   P.O. Box 727,   Neptune, NJ 07754-0727
516960111  +Milton Lee Justice,   c/o Custis, Dix, Lewis LLP,   23345 Counsel Drive,   PO Box 577,
             Accomac, VA 23301-0577
516923600  +Monmouth Dental Group,   288 Highway 35 S,   Eatontown, NJ 07724-2174
516923601  +National Credit Adjusters,   327 W 4th Avenue,   Hutchinson, KS 67501-4842
516923602   New Jersey American Water,   PO Box 371331,   Pittsburgh, PA 15250-7331
516927732  +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516923603  +Perry James Justice,   201 N Division Street,   Fruitland, MD 21826-2228
516960110  +Perry James Justice,   c/o Custis, Dix, Lewis LLP,   23345 Counsel Drive,   PO Box 577,
             Accomac, VA 23301-0577
517127961 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
             PO Box 245,   Trenton, NJ 08695-0245)
516923607  +SWDSL & Associates,   17 West Cliff Street,   Somerville, NJ 08876-1901
516923605  +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
516968186  +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
516923606  +State of New Jersey,   Division of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
516923608  +TLC; The Lawn Company,   PO Box 698,   Shrewsbury, MA 01545-8698
516923611  +Trident Asset Management,   Attn: Bankruptcy,   Po Box 888424,   Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516923589  +E-mail/Text: bankruptcy@sccompanies.com Jul 13 2018 23:37:12    Ashro,   1112 7th Ave,
             Monroe, WI 53566-1364
517030826  +E-mail/Text: bankruptcy@sccompanies.com Jul 13 2018 23:37:12    Ashro Lifestyle,
             c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
516923592  +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 13 2018 23:36:56
             Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
516923593  +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 13 2018 23:36:56
             Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
516923594   E-mail/Text: cio.bncmail@irs.gov Jul 13 2018 23:35:16    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
517111571   E-mail/PDF: resurgentbknotifications@resurgent.com Jul 13 2018 23:38:16
             LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516988476  +E-mail/Text: csc.bankruptcy@amwater.com Jul 13 2018 23:36:57    New Jersey American Water,
             P.O. Box 578,   Alton, IL 62002-0578
517125420  +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2018 23:38:55
             Orion Portfolio Services LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
517104805   E-mail/Text: bnc-quantum@quantum3group.com Jul 13 2018 23:35:40
             Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
516923604  +E-mail/Text: bankruptcy@rentacenter.com Jul 13 2018 23:37:04    Rent A Center,   2040 Route 33,
             Neptune, NJ 07753-6112
516923610  +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Jul 13 2018 23:36:50    Township of Neptune,
             PO Box 1167,   25 Neptune Boulevard,   Neptune, NJ 07753-4814
516923609   E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Jul 13 2018 23:36:50    Township of Neptune,
             25 Neptune Boulevard,   PO Box 1167,   Neptune, NJ 07754-1167
516923612  +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 13 2018 23:34:59
             Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
             Weldon Springs, MO 63304-2225
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                                  Form ID: 185             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517048682         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2018 23:38:37      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516923613          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 13 2018 23:34:58
                    Verizon,   PO Box 15124,   Albany, NY 12212-5124
                                                                                             TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              +Carrington Mortgage Services,   PO Box 3489,   Anaheim, CA 92803-3489
517138264*       +Bank of America, N.A.,   c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
                   Anaheim, CA 92806-5948
516923595*        Internal Service Revenue,   PO Box 7346,   Philadelphia, PA 19101-7346
cr            ##+Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,    Ste 1100-N,   Dallas, TX 75247-3822
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
            mortoncraigecf@gmail.com
           Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.    on behalf of Debtor Patricia Ann Bacon bkwoliver@aol.com,
            R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```