| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33 - Suite 112<br>Neptune, NJ  07753<br>732-988-1500<br>WO-7129<br>Attorney for Debtor | **Order Filed on October 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Patricia Bacon | Case No.:    17-23764<br>Chapter:         13<br>Judge:      Michael B. Kaplan |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 23, 2018**

*[Signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____July 24, 2018_____ :

Property:       1406 6th Avenue, Neptune, NJ 07753

Creditor:       Carrington Mortgage Service

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney for Debtor_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____January 24, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*