**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security      0   Assumption of Executory Contract or Unexpired Lease      0   Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Patricia Ann Bacon

Case No.: 17-23764  
Judge: MBK

Debtor(s)       2nd modified

## Chapter 13 Plan and Motions

☐ Original        ☒ Modified/Notice Required        Date: 01/20/2020  
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/WHO        Initial Debtor: /s/PAB        Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____$1,226.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____February 1, 2020_____ for approximately _____31_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 1606 Bangs Avenue, Neptune, NJ
Proposed date for completion: July 31, 2020

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection** ☐ **NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ ____2,080.00_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Bank of America_____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America - 1st mortgage | 1406 6th Avenue Neptune, NJ | Unknown | 0% | arrears not to be paid pending loan modification | see adequate protection section 2b. $78.00 |
| Neptune Twp Sewer/Tax holder SWDSL & Assoc | 1406 6th Avenue Neptune, NJ - Sewer Lien | $900.00 | | $900.00 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Santander - Auto loan | BMW 328I | $22,966.88 | $22,000.00 | $0 | $22,966.88 | 5.25% | $26,485.45 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Perry James Justice Atty: Perry James Justice | 1406 6th Avenue Neptune, NJ | Judgement Lien DJ-0767210-2015 | $16,660.00 | $180,000.00 | $24,878.00 | $315,000.00 | Total amount of the lien |
| Jersey Shore Medical Center Atty: Marvel & Maloney | 1406 6th Avenue Neptune, NJ | Judgement Lien DJ-161836-2016 | $3,958.02 | $180,000.00 | $24,878.00 | $315,000.00 | Total amount of the lien |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Santander - Auto loan | BMW 328I | $22,966.88 | $22,000.00 | $22,966.88 | interest above 5.25% rate |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims - William H. Oliver
3) Secured Claim
4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 07/12/2018                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| extending time to apply for a loan modification | part 1c: extending time to apply for a loan modification |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 01/20/2020 /s/Patricia Ann Bacon
Debtor

Date: _____ _____
Joint Debtor

Date: 01/20/2020 /s/ William H. Oliver, Jr.
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-23764-MBK
Patricia Ann Bacon                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2             Date Rcvd: Jan 22, 2020
                                Form ID: pdf901          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db          +Patricia Ann Bacon,    1406 6th Avenue,    Neptune, NJ 07753-4948
cr          +Santander Consumer USA Inc.,    2860 Patton Rd.,    Roseville, MN 55113-1100
516923587    1 and 1 Internet AG,    co FMA Alliance,    PB 2409,    Houston, TX 77252-2409
517133562   +Bank of America, N.A.,    c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,
              Anaheim, CA 92806-5948
516923590   +Carrington Mortgage Services,    PO Box 3489,    Anaheim, CA 92803-3489
516923591   +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
516923596    Jersey Shore University Medical Center,    1945 NJ-33,    Neptune, NJ 07753
517136194   +Jersey Shore University Medical Center,    c/o MARVEL & MALONEY,    P.O. Box 727,
              Neptune, New Jersey 07754-0727
516923597   +KML Law Group PC,    216 Haddon Avenue,    Suite 406,    Collingswood, NJ 08108-2812
516923598   +LVNV Funding, LLC,    700 Executive Drive,    Suite #300,    Greenville, SC 29615-4555
516923599   +Marvel & Maloney,    3455 Route 66 & Green Grove Rd,    P.O. Box 727,    Neptune, NJ 07754-0727
516960111   +Milton Lee Justice,    c/o Custis, Dix, Lewis LLP,    23345 Counsel Drive,    PO Box 577,
              Accomac, VA 23301-0577
516923600   +Monmouth Dental Group,    288 Highway 35 S,    Eatontown, NJ 07724-2174
516923601   +National Credit Adjusters,    327 W 4th Avenue,    Hutchinson, KS 67501-4842
516923602    New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
516927732   +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516923603   +Perry James Justice,    201 N Division Street,    Fruitland, MD 21826-2228
516960110   +Perry James Justice,    c/o Custis, Dix, Lewis LLP,    23345 Counsel Drive,    PO Box 577,
              Accomac, VA 23301-0577
517127961  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
              PO Box 245,    Trenton, NJ 08695-0245)
516923607   +SWDSL & Associates,    17 West Cliff Street,    Somerville, NJ 08876-1901
516923605   +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
516968186   +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
516923606   +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
516923608   +TLC; The Lawn Company,    PO Box 698,    Shrewsbury, MA 01545-8698
516923611   +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:04      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516923589   +E-mail/Text: bankruptcy@sccompanies.com Jan 23 2020 01:04:59      Ashro,    1112 7th Ave,
              Monroe, WI 53566-1364
517030826   +E-mail/Text: bankruptcy@sccompanies.com Jan 23 2020 01:04:59      Ashro Lifestyle,
              c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516923592   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 23 2020 01:04:48
              Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
516923593   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 23 2020 01:04:48
              Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
517176050   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 01:13:10      Directv, LLC,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516923594    E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 01:03:20      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
517111571    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 01:00:40
              LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516988476   +E-mail/Text: csc.bankruptcy@amwater.com Jan 23 2020 01:04:50      New Jersey American Water,
              P.O. Box 578,    Alton, IL 62002-0578
517125420   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2020 01:00:30
              Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
517874812    E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:56
              Quantum3 Group LLC as agent for,    Wollemi Acquisitions LLC,    PO Box 788,
              Kirkland, WA 98083-0788
517104805    E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:56
              Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517874813   +E-mail/Text: bnc-quantum@quantum3group.com Jan 23 2020 01:03:56
              Quantum3 Group LLC as agent for,    Wollemi Acquisitions LLC,    PO Box 788,
              Kirkland, WA  98083-0788,    Quantum3 Group LLC as agent for,
              Wollemi Acquisitions LLC 98083-0788
516923604   +E-mail/Text: bankruptcy@rentacenter.com Jan 23 2020 01:04:53      Rent A Center,    2040 Route 33,
              Neptune, NJ 07753-6112
516923610   +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Jan 23 2020 01:04:44      Township of Neptune,
              PO Box 1167,    25 Neptune Boulevard,    Neptune, NJ 07753-4814
516923609    E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Jan 23 2020 01:04:44      Township of Neptune,
              25 Neptune Boulevard,    PO Box 1167,    Neptune, NJ 07754-1167
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Jan 22, 2020
                              Form ID: pdf901          Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516923612        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2020 01:02:41
                   Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
517048682        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 01:13:10      Verizon,
                   by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516923613         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2020 01:02:40
                   Verizon,   PO Box 15124,   Albany, NY 12212-5124
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +Carrington Mortgage Services,   PO Box 3489,   Anaheim, CA 92803-3489
517138264*      +Bank of America, N.A.,   c/o Carrington Mortgage Services, LLC,   1600 South Douglass Road,
                  Anaheim, CA 92806-5948
516923595*       Internal Service Revenue,   PO Box 7346,   Philadelphia, PA 19101-7346
cr             ##+Santander Consumer USA Inc.,   8585 N. Stemmons Fwy.,   Ste 1100-N,   Dallas, TX 75247-3822
516923588      ##+Aarons Sales & Lease,   Attn: Bankruptcy,   309 E Paces Ferry Rd Ne,   Atlanta, GA 30305-2367
                                                                                         TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2020 at the address(es) listed below:

```
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Patricia Ann Bacon woliver@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 8
```