Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−23764−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia Ann Bacon
   aka Patricia Ann Waters
   1406 6th Avenue
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−9894

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 5, 2020.

On 5/4/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:        June 9, 2021
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 5, 2021
JAN: gan

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-23764-MBK

Patricia Ann Bacon  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2021 | Form ID: 185 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Bacon, 1406 6th Avenue, Neptune, NJ 07753-4948 |
| cr | + | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 516923587 | | 1 and 1 Internet AG, co FMA Alliance, PB 2409, Houston, TX 77252-2409 |
| 516923588 | + | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 516923591 | + | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 516923596 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 517136194 | + | Jersey Shore University Medical Center, c/o MARVEL & MALONEY, P.O. Box 727, Neptune, New Jersey 07754-0727 |
| 516923597 | #+ | KML Law Group PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516923598 | + | LVNV Funding, LLC, 700 Executive Drive, Suite #300, Greenville, SC 29615-4555 |
| 516923599 | + | Marvel & Maloney, 3455 Route 66 & Green Grove Rd, P.O. Box 727, Neptune, NJ 07754-0727 |
| 516960111 | + | Milton Lee Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923600 | + | Monmouth Dental Group, 288 Highway 35 S, Eatontown, NJ 07724-2173 |
| 516923602 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516927732 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516923603 | + | Perry James Justice, 201 N Division Street, Fruitland, MD 21826-2228 |
| 516960110 | + | Perry James Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 517127961 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516923607 | #+ | SWDSL & Associates, 17 West Cliff Street, Somerville, NJ 08876-1901 |
| 516923605 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 516968186 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516923606 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 516923608 | + | TLC; The Lawn Company, PO Box 698, Shrewsbury, MA 01545-8698 |
| 516923611 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKBCNMAIL@carringtonms.com | May 05 2021 20:24:00 | CARRINGTON MORTGAGE, PO Box 3489, Anaheim, CA 92803-3489 |
| 516923589 | + | Email/Text: bankruptcy@sccompanies.com | May 05 2021 20:26:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517030826 | + | Email/Text: bankruptcy@sccompanies.com | May 05 2021 20:26:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517133562 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 05 2021 20:24:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923590 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 05 2021 20:24:00 | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |
| 516923592 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 05 2021 20:26:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516923593 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 05 2021 20:26:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 517176050 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:10:46 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2021 20:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517111571 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 21:10:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516923601 | + | Email/Text: bankruptcy@ncaks.com | May 05 2021 20:24:00 | National Credit Adjusters, 327 W 4th Avenue, Hutchinson, KS 67501-4842 |
| 516988476 | + | Email/Text: csc.bankruptcy@amwater.com | May 05 2021 20:26:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 517125420 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 21:10:40 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517874813 | + | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 517874812 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517104805 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2021 20:25:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516923604 | + | Email/Text: bankruptcy@rentacenter.com | May 05 2021 20:26:00 | Rent A Center, 2040 Route 33, Neptune, NJ 07753-6112 |
| 516923610 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | May 05 2021 20:26:00 | Township of Neptune, PO Box 1167, 25 Neptune Boulevard, Neptune, NJ 07753-4814 |
| 516923609 | | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | May 05 2021 20:26:00 | Township of Neptune, 25 Neptune Boulevard, PO Box 1167, Neptune, NJ 07754-1167 |
| 517048682 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 21:10:47 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923613 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 20:24:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 516923612 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2021 20:24:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |

| | | | |
|---|---|---|---|
| 517138264 | *+ | | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923595 | * | | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2021                Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Patricia Ann Bacon courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 9