Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−23764−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patricia Ann Bacon
    aka Patricia Ann Waters
    1406 6th Avenue
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−9894

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 10, 2021.


Dated: June 10, 2021
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 17-23764-MBK

Patricia Ann Bacon                                                            Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Jun 10, 2021    Form ID: plncf13    Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Bacon, 1406 6th Avenue, Neptune, NJ 07753-4948 |
| cr | + | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 516923587 | | 1 and 1 Internet AG, co FMA Alliance, PB 2409, Houston, TX 77252-2409 |
| 516923588 | + | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 516923591 | + | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 517136194 | + | Jersey Shore University Medical Center, c/o MARVEL & MALONEY, P.O. Box 727, Neptune, New Jersey 07754-0727 |
| 516923596 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 516923597 | #+ | KML Law Group PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516923598 | + | LVNV Funding, LLC, 700 Executive Drive, Suite #300, Greenville, SC 29615-4555 |
| 516923599 | + | Marvel & Maloney, 3455 Route 66 & Green Grove Rd, P.O. Box 727, Neptune, NJ 07754-0727 |
| 516960111 | + | Milton Lee Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923600 | + | Monmouth Dental Group, 288 Highway 35 S, Eatontown, NJ 07724-2173 |
| 516923602 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516960110 | + | Perry James Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923603 | + | Perry James Justice, 201 N Division Street, Fruitland, MD 21826-2228 |
| 517127961 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516923607 | #+ | SWDSL & Associates, 17 West Cliff Street, Somerville, NJ 08876-1901 |
| 516923605 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 516968186 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516923606 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 516923608 | + | TLC; The Lawn Company, PO Box 698, Shrewsbury, MA 01545-8698 |
| 516923611 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 10 2021 21:07:00 | CARRINGTON MORTGAGE, PO Box 3489, Anaheim, CA 92803-3489 |
| 516923589 | + | Email/Text: bankruptcy@sccompanies.com | Jun 10 2021 21:09:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517030826 | + | Email/Text: bankruptcy@sccompanies.com | Jun 10 2021 21:09:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517133562 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 10 2021 21:07:00 | Bank of America, N.A., c/o Carrington Mortgage |

Case 17-23764-MBK    Doc 149    Filed 06/12/21    Entered 06/13/21 00:14:35    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: plncf13 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923590 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 10 2021 21:07:00 | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |
| 516923592 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2021 21:09:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516923593 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2021 21:09:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 517176050 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 10 2021 21:04:43 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2021 21:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517111571 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2021 21:03:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516923601 | + | Email/Text: bankruptcy@ncaks.com | Jun 10 2021 21:07:00 | National Credit Adjusters, 327 W 4th Avenue, Hutchinson, KS 67501-4842 |
| 516988476 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 10 2021 21:09:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 516927732 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2021 21:04:35 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517125420 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2021 21:04:35 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517874813 | + | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2021 21:08:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 517874812 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2021 21:08:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517104805 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2021 21:08:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516923604 | + | Email/Text: bankruptcy@rentacenter.com | Jun 10 2021 21:09:00 | Rent A Center, 2040 Route 33, Neptune, NJ 07753-6112 |
| 516923610 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Jun 10 2021 21:09:00 | Township of Neptune, PO Box 1167, 25 Neptune Boulevard, Neptune, NJ 07753-4814 |
| 516923609 | | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Jun 10 2021 21:09:00 | Township of Neptune, 25 Neptune Boulevard, PO Box 1167, Neptune, NJ 07754-1167 |
| 517048682 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 10 2021 21:05:07 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923613 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 10 2021 21:07:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 516923612 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 10 2021 21:07:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: plncf13 | Total Noticed: 48 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |
| 517138264 | *+ | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923595 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Patricia Ann Bacon courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 9