| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Patricia Ann Bacon**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–9894<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed in chapter:   13   7/7/17 | |
| Case number:   17–23764–KCF | | Date case converted to chapter:   7   4/13/22 | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Patricia Ann Bacon | | |
| 2. | **All other names used in the last 8 years** | aka Patricia Ann Waters | | |
| 3. | **Address** | 1406 6th Avenue<br>Neptune, NJ 07753 | | |
| 4. | **Debtor's attorney**<br>Name and address | William H. Oliver, Jr.<br>Oliver & Legg, LLC<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | | Contact phone 732–988–1500<br><br>Email:  courtdocs@oliverandlegg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016–4496 | | Contact phone (609) 386–8700 |

**For more information, see page 2 >**

Debtor  **Patricia Ann Bacon**                                                        Case number **17–23764–KCF**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/14/22 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 9, 2022 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/8/22** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page **2**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-23764-KCF |
| Patricia Ann Bacon | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 14, 2022 | Form ID: 309A | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Bacon, 1406 6th Avenue, Neptune, NJ 07753-4948 |
| 516923587 | | 1 and 1 Internet AG, co FMA Alliance, PB 2409, Houston, TX 77252-2409 |
| 516923596 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 517136194 | + | Jersey Shore University Medical Center, c/o MARVEL & MALONEY, P.O. Box 727, Neptune, New Jersey 07754-0727 |
| 516923598 | + | LVNV Funding, LLC, 700 Executive Drive, Suite #300, Greenville, SC 29615-4555 |
| 516923599 | + | Marvel & Maloney, 3455 Route 66 & Green Grove Rd, P.O. Box 727, Neptune, NJ 07754-0727 |
| 516960111 | + | Milton Lee Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923600 | + | Monmouth Dental Group, 288 Highway 35 S, Eatontown, NJ 07724-2173 |
| 516923602 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 516960110 | + | Perry James Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923603 | + | Perry James Justice, 201 N Division Street, Fruitland, MD 21826-2228 |
| 516923606 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 517127961 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516923608 | + | TLC; The Lawn Company, PO Box 698, Shrewsbury, MA 01545-8698 |
| 516923611 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: courtdocs@oliverandlegg.com | Apr 14 2022 20:31:00 | William H. Oliver, Jr., Oliver & Legg, LLC, 2240 State Highway 33, Suite 112, Neptune, NJ 07753 |
| tr | + | EDI: QTJORR.COM | Apr 15 2022 00:28:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 14 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 14 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516923588 | + | EDI: AAEO.COM | Apr 15 2022 00:33:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 516923589 | + | EDI: CBS7AVE | Apr 15 2022 00:33:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517030826 | + | EDI: CBS7AVE | Apr 15 2022 00:33:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517133562 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 14 2022 20:32:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923590 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 14 2022 20:32:00 | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |

District/off: 0312-3                             User: admin                                           Page 2 of 3

Date Rcvd: Apr 14, 2022                          Form ID: 309A                                         Total Noticed: 45

| | | | |
|---|---|---|---|
| 516923591 | + Email/Text: commonwealth@ebn.phinsolutions.com | Apr 14 2022 20:32:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 516923592 | + EDI: CCS.COM | Apr 15 2022 00:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516923593 | + EDI: CCS.COM | Apr 15 2022 00:33:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 517176050 | + EDI: AIS.COM | Apr 15 2022 00:33:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923594 | EDI: IRS.COM | Apr 15 2022 00:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517111571 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2022 20:45:55 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516923601 | + Email/Text: bankruptcy@ncaks.com | Apr 14 2022 20:32:00 | National Credit Adjusters, 327 W 4th Avenue, Hutchinson, KS 67501-4842 |
| 516988476 | + Email/Text: csc.bankruptcy@amwater.com | Apr 14 2022 20:33:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 516927732 | + EDI: RECOVERYCORP.COM | Apr 15 2022 00:33:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517125420 | + EDI: RECOVERYCORP.COM | Apr 15 2022 00:33:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517874813 | + EDI: Q3G.COM | Apr 15 2022 00:33:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 517874812 | EDI: Q3G.COM | Apr 15 2022 00:33:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517104805 | EDI: Q3G.COM | Apr 15 2022 00:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516923604 | + Email/Text: bankruptcy@rentacenter.com | Apr 14 2022 20:33:00 | Rent A Center, 2040 Route 33, Neptune, NJ 07753-6112 |
| 516923605 | + EDI: DRIV.COM | Apr 15 2022 00:33:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 516968186 | + EDI: DRIV.COM | Apr 15 2022 00:33:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516923610 | + Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Apr 14 2022 20:33:00 | Township of Neptune, PO Box 1167, 25 Neptune Boulevard, Neptune, NJ 07753-4814 |
| 516923609 | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Apr 14 2022 20:33:00 | Township of Neptune, 25 Neptune Boulevard, PO Box 1167, Neptune, NJ 07754-1167 |
| 517048682 | + EDI: AIS.COM | Apr 15 2022 00:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923613 | EDI: VERIZONCOMB.COM | Apr 15 2022 00:28:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 516923612 | + EDI: VERIZONCOMB.COM | Apr 15 2022 00:28:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 30

District/off: 0312-3                          User: admin                                    Page 3 of 3
Date Rcvd: Apr 14, 2022                       Form ID: 309A                                   Total Noticed: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517138264 | *+ | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923595 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516923597 | ##+ | KML Law Group PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516923607 | ##+ | SWDSL & Associates, 17 West Cliff Street, Somerville, NJ 08876-1901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022                    Signature:          /s/Gustava Winters