UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:  17-23764 |
| BACON, PATRICIA ANN | Chapter:  7 |
| | Judge:  KCF |

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on June 14, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   Real Estate at 1406 6th Avenue, Neptune, NJ  07753. The debtors purchased the property 2008 for $319,000. The current value is placed at $180,000 based on a CMA. Allowing for costs of sale and mortgage payoffs, there is no equity available for creditors.

Liens on property:

Carrington Mortgage $305,570.

Amount of equity claimed as exempt:

$11,837.50

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia Ann Bacon  
    Debtor

Case No. 17-23764-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: May 13, 2022      Form ID: pdf905      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Bacon, 1406 6th Avenue, Neptune, NJ 07753-4948 |
| 516923587 | | 1 and 1 Internet AG, co FMA Alliance, PB 2409, Houston, TX 77252-2409 |
| 519561547 | + | Bank of America, co KML Law Group PC, 216 Haddon Ave Suite 406, Collingswood, NJ 08108-2812 |
| 519561546 | + | Bank of America, 1610 East Saint Andrews Street, Suite B150, Santa Ana, CA 92705-4941 |
| 519561549 | + | Bradley Oil Co, 706 Lareine Ave, Bradley Beach, NJ 07720-1016 |
| 519561555 | | Credit One Bank, co LVNV, 55 Beattie Place Suite 110, Okatie, SC 29909 |
| 519561556 | + | Credit One Bank/LVNV, co Stenger & Stenger, 2618 East Paris Ave SE, Grand Rapids, MI 49546-2458 |
| 519561545 | | Jersey Central Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 519561554 | + | Jersey Discount Oil Company, 9 Central Ave, Red Bank, NJ 07701-1509 |
| 519561553 | + | Jersey Discount Oil Company, PO Box 248, Oakhurst, NJ 07755-0248 |
| 517136194 | + | Jersey Shore University Medical Center, c/o MARVEL & MALONEY, P.O. Box 727, Neptune, New Jersey 07754-0727 |
| 516923596 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 519561552 | + | Kathleen R. Wall, Esq., 2640 Highway 70, re: DC005567-03, Manasquan, NJ 08736-2609 |
| 516923598 | + | LVNV Funding, LLC, 700 Executive Drive, Suite #300, Greenville, SC 29615-4555 |
| 516923599 | + | Marvel & Maloney, 3455 Route 66 & Green Grove Rd, P.O. Box 727, Neptune, NJ 07754-0727 |
| 516960111 | + | Milton Lee Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923600 | + | Monmouth Dental Group, 288 Highway 35 S, Eatontown, NJ 07724-2173 |
| 519561542 | + | NJ American Water, Two Gateway Center, Newark, NJ 07102-5005 |
| 516923602 | | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519561550 | + | Orthopedic Institute, 226 Rte 37 West, Toms River, NJ 08755-8047 |
| 516960110 | + | Perry James Justice, c/o Custis, Dix, Lewis LLP, 23345 Counsel Drive, PO Box 577, Accomac, VA 23301-0577 |
| 516923603 | + | Perry James Justice, 201 N Division Street, Fruitland, MD 21826-2228 |
| 519561541 | | Shop HQ, PO Box 88, Farmingdale, NY 11735-0088 |
| 519561544 | | Shore Spine & Pain, 1215 Route 70 Ste 1001, Lakewood, NJ 08701-6958 |
| 516923606 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 517127961 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516923608 | + | TLC; The Lawn Company, PO Box 698, Shrewsbury, MA 01545-8698 |
| 516923611 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 13 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 13 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKBCNMAIL@carringtonms.com | May 13 2022 20:37:00 | CARRINGTON MORTGAGE, PO Box 3489, Anaheim, CA 92803-3489 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 17-23764-KCF    Doc 180    Filed 05/15/22    Entered 05/16/22 00:14:25    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: pdf905 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | May 13 2022 20:38:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| cr | + | Email/Text: bk@szjlaw.com | | |
| | | | May 13 2022 20:37:00 | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| 516923588 | + | Email/Text: bankruptcynotices@aarons.com | | |
| | | | May 13 2022 20:38:00 | Aarons Sales & Lease, Attn: Bankruptcy, 309 E Paces Ferry Rd Ne, Atlanta, GA 30305-2367 |
| 516923589 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 13 2022 20:38:00 | Ashro, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517030826 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | May 13 2022 20:38:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517133562 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | May 13 2022 20:37:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516923590 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | May 13 2022 20:37:00 | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |
| 516923591 | + | Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | | May 13 2022 20:37:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 519561557 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | May 13 2022 20:37:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 516923592 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | May 13 2022 20:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 516923593 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |
| | | | May 13 2022 20:38:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 519561558 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 13 2022 20:46:40 | Credit One Bank, P. O. Box 60500, City Of Industry, CA 91716-0500 |
| 517176050 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | May 13 2022 20:46:52 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 13 2022 20:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519561551 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | | |
| | | | May 13 2022 20:38:00 | Jersey Shore University Med Center, P.O. Box 416765, Boston, MA 02241-6765 |
| 517111571 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 13 2022 20:46:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516923601 | + | Email/Text: bankruptcy@ncaks.com | | |
| | | | May 13 2022 20:37:00 | National Credit Adjusters, 327 W 4th Avenue, Hutchinson, KS 67501-4842 |
| 516988476 | + | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | May 13 2022 20:38:00 | New Jersey American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 519561543 | | Email/Text: bcwrtoff@cablevision.com | | |
| | | | May 13 2022 20:38:00 | Optimum Cable, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 516927732 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | May 13 2022 20:46:41 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517125420 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | May 13 2022 20:47:03 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517874813 | + | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 13 2022 20:37:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 517874812 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 13 2022 20:37:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: May 13, 2022 | Form ID: pdf905 | Total Noticed: 63

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517104805 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2022 20:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516923604 | + | Email/Text: bankruptcy@rentacenter.com | May 13 2022 20:38:00 | Rent A Center, 2040 Route 33, Neptune, NJ 07753-6112 |
| 516923605 | + | Email/Text: enotifications@santanderconsumerusa.com | May 13 2022 20:38:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 516968186 | + | Email/Text: enotifications@santanderconsumerusa.com | May 13 2022 20:38:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516923610 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | May 13 2022 20:38:00 | Township of Neptune, PO Box 1167, 25 Neptune Boulevard, Neptune, NJ 07753-4814 |
| 516923609 | | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | May 13 2022 20:38:00 | Township of Neptune, 25 Neptune Boulevard, PO Box 1167, Neptune, NJ 07754-1167 |
| 516923611 | ^ | MEBN | May 13 2022 20:35:41 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 517048682 | + | Email/PDF: ebn_ais@aisinfo.com | May 13 2022 20:47:02 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516923613 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 13 2022 20:36:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 516923612 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 13 2022 20:36:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Carrington Mortgage Services, PO Box 3489, Anaheim, CA 92803-3489 |
| 519561548 | *+ | Bank of America, co KML Law Group PC, 216 Haddon Ave Suite 406, Collingswood, NJ 08108-2812 |
| 519561565 | *+ | Bank of America, co KML Law Group PC, 216 Haddon Ave Suite 406, Collingswood, NJ 08108-2812 |
| 519561566 | *+ | Bank of America, co KML Law Group PC, 216 Haddon Ave Suite 406, Collingswood, NJ 08108-2812 |
| 519561564 | *+ | Bank of America, 1610 East Saint Andrews Street, Suite B150, Santa Ana, CA 92705-4941 |
| 517138264 | *+ | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519561567 | *+ | Bradley Oil Co, 706 Lareine Ave, Bradley Beach, NJ 07720-1016 |
| 519561575 | *+ | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 519561576 | * | Credit One Bank, P. O. Box 60500, City Of Industry, CA 91716-0500 |
| 519561573 | * | Credit One Bank, co LVNV, 55 Beattie Place Suite 110, Okatie, SC 29909 |
| 519561574 | *+ | Credit One Bank/LVNV, co Stenger & Stenger, 2618 East Paris Ave SE, Grand Rapids, MI 49546-2458 |
| 516923595 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519561563 | * | Jersey Central Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 519561572 | *+ | Jersey Discount Oil Company, 9 Central Ave, Red Bank, NJ 07701-1509 |
| 519561571 | *+ | Jersey Discount Oil Company, PO Box 248, Oakhurst, NJ 07755-0248 |
| 519561569 | *+ | Jersey Shore University Med Center, P.O. Box 416765, Boston, MA 02241-6765 |
| 519561570 | *+ | Kathleen R. Wall, Esq., 2640 Highway 70, re: DC005567-03, Manasquan, NJ 08736-2609 |
| 519561560 | *+ | NJ American Water, Two Gateway Center, Newark, NJ 07102-5005 |
| 519561561 | * | Optimum Cable, PO Box 371897, Pittsburgh, PA 15250-7897 |
| 519561568 | *+ | Orthopedic Institute, 226 Rte 37 West, Toms River, NJ 08755-8047 |
| 519561559 | * | Shop HQ, PO Box 88, Farmingdale, NY 11735-0088 |
| 519561562 | * | Shore Spine & Pain, 1215 Route 70 Ste 1001, Lakewood, NJ 08701-6958 |
| 516923597 | ##+ | KML Law Group PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 516923607 | ##+ | SWDSL & Associates, 17 West Cliff Street, Somerville, NJ 08876-1901 |

TOTAL: 0 Undeliverable, 22 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2022 | Form ID: pdf905 | Total Noticed: 63 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2022                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA  N.A. rsolarz@kmllawgroup.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Patricia Ann Bacon courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 10