UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33  Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s), Patricia Bacon
courtdocs@oliverandlegg.com

In Re:

Bacon, Patricia,

          Debtor.

Case No.: 17-23764

Adv. No:

Chapter: 7

Judge: Kathryn C. Ferguson

## SUPPLEMENTAL DISCLOSURE OF DEBTOR'S ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

(1) The above referenced Debtor signed a Retainer Agreement with this firm to negotiate a Loan Modification with her mortgage company.

(2) Debtor, made a payment of $2,600 for our firm to begin work on the aforesaid Loan Modification.

(3) I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the Debtor not previously disclosed in this case.

Date:  June 8, 2022

_____
WILLIAM H. OLIVER, JR.