**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Patricia Ann Bacon

Case No.: 17-23764-KCF

Hearing Date: July 12, 2022

Chapter: 7

Judge: Kathryn C. Ferguson

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Kathryn C. Ferguson , United States Bankruptcy Judge.

**Reason for Hearing:** Reaffirmation Agreement with Wollemi Acquisitions re: 2015 BMW 3 Series

**Location of Hearing:** Courtroom No. 2
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:** July 12, 2022 @ 2:15 p.m. , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

THE DEBTOR(S) MAY CONTACT THE COURT VIA EMAIL chambers_of_KCF@njb.uscourts.gov
OR VIA TELEPHONE (609) 858-9351 WITHIN 5 DAYS OF THE HEARING DATE FOR INSTRUCTIONS
REGARDING TELEPHONIC APPEARANCE

JEANNE A. NAUGHTON, Clerk

DATED: June 13, 2022

By K. Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 13, 2022 this notice was served
on the following:
Debtor, Debtor's Attorney (if any), Creditor, Creditor's Attorney (if any), Trustee
and US Trustee

JEANNE A. NAUGHTON, Clerk

By: K. Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 17-23764-KCF

Patricia Ann Bacon     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jun 13, 2022    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Ann Bacon, 1406 6th Avenue, Neptune, NJ 07753-4948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2022 20:43:00 | Wollemi Acquisitions LLC Successor in interest to, PO Box 2489, Kirkland, WA 98083-2489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 13, 2022 | Form ID: pdf900 | Total Noticed: 2 |

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor BANK OF AMERICA N.A. rsolarz@kmllawgroup.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Patricia Ann Bacon courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 10