UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Patricia Ann Bacon

| | |
|---|---|
| Case No.: | 17-23764 |
| Hearing Date: | 7/12/2022 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ❏ Followed    ❏ Modified

## ORDER DENYING MOTION TO APPROVE REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 12, 2022

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion to approve a reaffirmation agreement having been filed on June 13 ,
20 22  by  Wollemi Acquisitions  re: 2015 BMW   for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and the Court having found that the Debtor(s)
has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt;
and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to
approve the reaffirmation agreement; it is

ORDERED that the aforesaid motion is denied.

The successful party shall serve this order on the debtor, any trustee, and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-23764-KCF

Patricia Ann Bacon                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Ann Bacon, 1406 6th Avenue, Neptune, NJ 07753-4948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA  N.A. rsolarz@kmllawgroup.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 13, 2022                                Form ID: pdf903                                 Total Noticed: 1

Thomas Orr
                    on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr
                    tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                    on behalf of Debtor Patricia Ann Bacon courtdocs@oliverandlegg.com  R59915@notify.bestcase.com


TOTAL: 10