Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17–23764–KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia Ann Bacon
  aka Patricia Ann Waters
  1406 6th Avenue
  Neptune, NJ 07753

Social Security No.:
  xxx–xx–9894

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 5, 2022</u>        <u>Kathryn C. Ferguson</u>
                                    Judge, United States Bankruptcy Court